UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:22-cr-00154

**ANDRE DEWAYNE WILLIAMSON**

O R D E R

Pending before the court is the defendant's Motion for Indicative Ruling on Motion for New Trial as to Andre Dewayne Williamson, in which the defendant requests, among other requests already adjudicated, to "[a]llow additional briefing on the motion for new trial once the [] evidence is received[,]" and " [u]ltimately, grant Mr. Williamson a new trial." See ECF No. 213 p. 10.

Inasmuch as the evidentiary hearings are now complete, the court sets the following briefing schedule.

It is ORDERED that the defendant shall file a brief regarding the defendant's request for a new trial no later than March 10, 2025, the government shall file a response on or before March 17, 2025, and the defendant's reply shall be filed on or before March 24, 2025.  Defense counsel shall follow the proper procedure and as directed at the hearing, immediately order the transcripts of the evidentiary hearings so as to allow the court reporter adequate time to provide the transcripts so that the above schedule can be met.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, and the United States Probation Department.

DATED:  February 4, 2025

_____
John T. Copenhaver, Jr.
Senior United States District Judge